## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RAYMOND J. FLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:06-cv-689-DFH-TAB |
| | ) | |
| BRAD BAGWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Entry Discussing Motion for Reconsideration

This action was dismissed without prejudice on May 3, 2006, based on the principles set forth in *Heck v. Humphrey,* 512 U.S. 477 (1994); *Gonzalez v. Entress,* 133 F.3d 551, 553 (7th Cir. 1998); and *Washington v. Summerville,* 127 F.3d 552, 556 (7th Cir. 1997). Through his motion for reconsideration filed on February 7, 2007, the plaintiff does not allege that the court's ruling was incorrect. He misstates the reason for the disposition of this action as being that he failed to file an amended complaint as the court directed. However, the court never issued any such directions, because the claims in his complaint failed to state a claim upon which relief could be granted. He asks that the court reinstate this action, but he has not stated any viable reason for doing so. The circumstances described by the plaintiff do not constitute a valid reason on which to grant relief from the disposition of the action. *United States v. Deutsch,* 981 F.2d 299, 301 (7th Cir. 1992)("Substantive motions served from the eleventh day on must be shaped to the specific grounds for modification or reversal listed in Rule 60(b)--they cannot be general pleas for relief."). Therefore, treating the plaintiff's motion for reconsideration as a motion for relief from judgment pursuant to Rule 60(b) of the *Federal Rules of Civil Procedure*, the motion is **denied.**

So ordered.

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/21/2007

Distribution:

Raymond J. Flack
DOC #159736
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275